THE PEOPLE, ex rel. THE OGDENSBURGH AND LAKE CHAMPLAIN RAILROAD COMPANY, Respondent, *v.* GEORGE K. POND et al., Assessors, etc., Appellants.

(Argued April 17, 1883 ; decided April 24, 1883.)

THIS was an appeal from an order of General Term, which affirmed an order of Special Term made in proceedings by *certiorari* under chapter 269, Laws of 1880, to review and correct an alleged erroneous assessment.

The appeal was dismissed on the ground that there was sufficient evidence to authorize the Supreme Court to exercise its discretionary power.

*John P. Badger* for appellant.

*Louis Hasbrouck* for respondent.

Agree to dismiss; no opinion.
All concur.
Appeal dismissed.

---

JANE VANDERBILT, as Administratrix, etc., Appellant, *v.* JOHN SCHREYER, as Executor, etc., et al., Respondents.

(Submitted April 17, 1883 ; decided April 24, 1883.)

REPORTED below (28 Hun, 61).

*T. M. Tyng* for appellant.

*J. L. Lindsay* for respondents.

Agree to affirm on case *P. M. S. Co.* v. *Toel* (85 N. Y. 646); no opinion.
All concur.
Order affirmed.